UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-58-2BR

JODY DWAYNE LOWERY

v.  ORDER

UNITED STATES OF AMERICA

This matter is before the court on defendant's unopposed motion to vacate pursuant to 28 U.S.C. § 1651(a). (DE # 210.) For the reasons stated in the motion and the government's response, (DE # 211), the motion is GRANTED. Defendant's conviction and sentence set forth in the judgment dated 13 December 2007 are VACATED.

This 16 March 2021.

_____
W. Earl Britt
Senior U.S. District Judge